UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
CRITZER, JAMES ANTHONY § Case No. 07-61464 WEA
CRITZER, LINDA D. §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WILLIAM E. CALLAHAN, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/WILLIAM E. CALLAHAN, JR._____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 07-61464    Doc 73    Filed 03/18/10    Entered 03/18/10 16:08:47    Desc Main
              Document      Page 3 of 12

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide Home Loans Payment Processing P O Box 660694 Dallas TX 75266-0694 |  |  |  |  |  |
| BANK OF LOUISA |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF LOUISA | | | | | |
| **TOTAL SECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLIAM E. CALLAHAN, JR., TRUSTEE | | | | | |
| WILLIAM E. CALLAHAN, JR., TRUSTEE | | | | | |
| JAMES ANTHONY CRITZER | | | | | |
| LECLAIR RYAN | | | | | |
| LECLAIR RYAN | | | | | |
| CARLA R. WEBB, CPA | | | | | |
| CARLA R. WEBB, CPA | | | | | |
| TORRENCE READ & FOREHAND | | | | | |
| TORRENCE READ & FOREHAND | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citifinancial 2114 Angus Rd Charlottesville VA 22901-2769 | | | | | |
| Equity One 570 Shoppers World Court Charlottesville VA 22901 | | | | | |
| Friedman's 171 Crossroads Parkway Savannah GA 31422 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nancy Gregori 121 Bollingbrook Dr Charlottesville VA 22911 | | | | | |
| Pitney Bowes Inc P O Box 856390 Louisville KY 40285-6390 | | | | | |
| Pitney Bowes Purchase Power 4101 McEwen Rd Suite 150 FArmers Branch TX 75244 | | | | | |
| Poly Portables Inc c/o Samual Pustilnik & Marks, PLLC 4901 Cutshaw Ave P O Box 6827 Richmond VA 23230 | | | | | |
| Providian P O Box 9007 Pleasanton CA 94566 | | | | | |
| Ron Krebs 25 Kings Crossing Circle Doylestown PA 18901 | | | | | |
| Wachovia Bank NA c/o National Revenue Corporation P O Box 13620 Columbus OH 43213 | | | | | |
| ECAST SETTLEMENT CORPORATION | | | | | |
| FESTIVE FARE | | | | | |
| NANCY GREGORI | | | | | |

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORTHEAST VERIZON WIRELESS | | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| PREMIER BANKCARD/CHARTER | | | | | |
| RIVANNA SOLID WASTE AUTHORITY | | | | | |
| WILLIAM W. CAMERON | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 07-61464 WEA  Judge: WILLIAM E. ANDERSON | Trustee Name: | WILLIAM E. CALLAHAN, JR. |
|---|---|---|---|
| Case Name: | CRITZER, JAMES ANTHONY | Date Filed (f) or Converted (c): | 08/07/07 (f) |
| | CRITZER, LINDA D. | 341(a) Meeting Date: | 09/14/07 |
| For Period Ending: | 03/12/10 | Claims Bar Date: | 12/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENTIAL PROPERTY AT 4742 STONY PT RD, BARBOURS | 255,000.00 | 0.00 | DA | 0.00 | FA |
| 2. POCKET MONEY | 25.00 | 0.00 | DA | 0.00 | FA |
| 3. POCKET MONEY | 25.00 | 0.00 | DA | 0.00 | FA |
| 4. FUNDS IN CHECKING ACCOUNT | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. FUNDS IN CHECKING ACCOUNT | 580.98 | 0.00 | DA | 0.00 | FA |
| 6. MISC. KITCHENWARE $25; RUG $1; A/C UNIT $25; MISC. | 3,150.00 | 0.00 | DA | 0.00 | FA |
| 7. ANGEL COLLECTION $25; 2 TY BEARS $5 | 30.00 | 0.00 | DA | 0.00 | FA |
| 8. STATE QUARTERS COLLECTION | 60.00 | 0.00 | DA | 0.00 | FA |
| 9. CLOTHING | 75.00 | 0.00 | DA | 0.00 | FA |
| 10. CLOTHING | 200.00 | 0.00 | DA | 0.00 | FA |
| 11. GOLD BRACELET | 15.00 | 0.00 | DA | 0.00 | FA |
| 12. MISC. COSTUME JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| 13. WEDDING RING | 200.00 | 0.00 | DA | 0.00 | FA |
| 14. WEDDING RINGS | 700.00 | 0.00 | DA | 0.00 | FA |
| 15. RETIREMENT FUND | 11,746.20 | 0.00 | DA | 0.00 | FA |
| 16. 83% OWNERSHIP OF ALMOST LIKE HOME, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. 84% INTEREST IN ALMOST LIKE HOME, INC. | 1.00 | 0.00 | DA | 0.00 | FA |
| 18. FEDERAL AND STATE INCOME TAX REFUNDS | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. INCHOATE INHERITANCE, INCLUDING MONEY RECEIVED AS | 0.00 | Unknown | DA | 0.00 | FA |
| 20. INCHOATE INHERITANCE, INCLUDING MONEY RECEIVED AS | 0.00 | Unknown | DA | 0.00 | FA |
| 21. UNPAID EARNED WAGES | 0.00 | Unknown | DA | 0.00 | FA |
| 22. UNPAID EARNED WAGES | 0.00 | Unknown | DA | 0.00 | FA |
| 23. 1988 DODGE DAKOTA | 363.00 | 0.00 | DA | 0.00 | FA |
| 24. 1994 MERCURY VAN | 630.00 | 0.00 | DA | 0.00 | FA |
| 25. 2002 DODGE INTREPID (90,162 MILES) | 2,935.00 | 0.00 | DA | 0.00 | FA |
| 26. 2003 HOOPER TRAILER | 700.00 | 0.00 | DA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

Case No: 07-61464 WEA Judge: WILLIAM E. ANDERSON  Trustee Name: WILLIAM E. CALLAHAN, JR.
Case Name: CRITZER, JAMES ANTHONY  Date Filed (f) or Converted (c): 08/07/07 (f)
CRITZER, LINDA D.  341(a) Meeting Date: 09/14/07
  Claims Bar Date: 12/18/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. TOY BOAT | 25.00 | 0.00 | DA | 0.00 | FA |
| 28. Claim against Ron Krebs for $25K | 0.00 | 25,000.00 |  | 26,400.00 | FA |
| 29. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 2.24 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $276,761.18  $25,000.00  $26,402.24  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status of liquidation efforts: Completed

Status of adversary actions/appeals: Judgment entered in favor of trustee in AP regarding sale of Krebs property.

Status of claims review/objections: Completed

Status of tax returns: Filed.

Assets to be Abandoned: The assets listed above with the designation "DA" will be abandoned by the trustee because the assets have no equity available for the benefit of the unsecured creditors, after deducting for liens, exemptions, and costs of sale.

Initial Projected Date of Final Report (TFR): 09/30/07    Current Projected Date of Final Report (TFR): 03/31/09

LFORM1  Ver: 15.06b

**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-61464 -WEA | Trustee Name: | WILLIAM E. CALLAHAN, JR. |
|---|---|---|---|
| Case Name: | CRITZER, JAMES ANTHONY | Bank Name: | BANK OF AMERICA |
| | CRITZER, LINDA D. | Account Number / CD #: | *******7133  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2823 | | |
| For Period Ending: | 03/12/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/25/09 | 28 | Torrence, Read & Forehand Auctioneers | PROCEEDS FROM SALE OF PROPERTY PURSUANT TO ORDER 07.19.01 | 1141-000 | 24,000.00 | | 24,000.00 |
| 08/28/09 | 28 | Torrence, Read & Forehand Auctioneers | PROCEEDS FROM SALE OF PROPERTY PURSUANT TO ORDER 07.19.01 | 1141-000 | 2,400.00 | | 26,400.00 |
| 08/31/09 | 29 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 26,400.08 |
| 09/30/09 | 29 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.65 | | 26,400.73 |
| 10/15/09 | | Transfer to Acct #*******7311 | Bank Funds Transfer | 9999-000 | | 3,140.00 | 23,260.73 |
| 10/30/09 | 29 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.62 | | 23,261.35 |
| 11/30/09 | 29 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.58 | | 23,261.93 |
| 12/17/09 | 29 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 23,262.24 |
| 12/17/09 | | Transfer to Acct #*******7311 | Final Posting Transfer | 9999-000 | | 23,262.24 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 26,402.24 | 26,402.24 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 26,402.24 | |
| Subtotal | | 26,402.24 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 26,402.24 | 0.00 | |

Page Subtotals      26,402.24      26,402.24

Ver: 15.06b

LFORM24    **UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 07-61464 -WEA | Trustee Name: | WILLIAM E. CALLAHAN, JR. |
|---|---|---|---|
| Case Name: | CRITZER, JAMES ANTHONY | Bank Name: | BANK OF AMERICA |
| | CRITZER, LINDA D. | Account Number / CD #: | *******7311 BofA - Checking Account |
| Taxpayer ID No: | *******2823 | | |
| For Period Ending: | 03/12/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/09 | | Transfer from Acct #*******7133 | Bank Funds Transfer | 9999-000 | 3,140.00 | | 3,140.00 |
| 10/15/09 | 003001 | Torrence Read & Forehand | Auctioneer fees per court order | | | 3,140.00 | 0.00 |
| | | TRF Auctions | dated 9/1/09 | | | | |
| | | 2508 Langhorne Rd | | | | | |
| | | Lynchburg, VA 24501 | | | | | |
| | | | Fees         2,640.00 | 3610-000 | | | 0.00 |
| | | | Expenses       500.00 | 3620-000 | | | 0.00 |
| 12/17/09 | | Transfer from Acct #*******7133 | Transfer In From MMA Account | 9999-000 | 23,262.24 | | 23,262.24 |
| 12/17/09 | 003002 | CARLA R. WEBB, CPA | Ch 7 Accountant for Trustee Fee (O) | | | 724.48 | 22,537.76 |
| | | 420 ALLISON AVENUE, SUITE 2 | | | | | |
| | | ROANOKE, VA 24016 | | | | | |
| | | | Fees           587.50 | 3410-000 | | | 22,537.76 |
| | | | Expenses       136.98 | 3420-000 | | | 22,537.76 |
| 12/17/09 | 003003 | WILLIAM E. CALLAHAN, JR., TRUSTEE | Ch 7 Trustee Expenses | 2200-000 | | 915.46 | 21,622.30 |
| 12/17/09 | 003004 | LECLAIR RYAN | Ch 7 Attorney for Trustee Exp (T) | 3120-000 | | 338.38 | 21,283.92 |
| | | ATTN: WILLIAM E. CALLAHAN, JR. | | | | | |
| | | 1800 WACHOVIA TOWER, DRAWER 1200 | | | | | |
| | | ROANOKE, VA 24006 | | | | | |
| 12/17/09 | 003005 | LECLAIR RYAN | Ch 7 Attorney for Trustee Fees (T) | 3110-000 | | 11,919.08 | 9,364.84 |
| | | ATTN: WILLIAM E. CALLAHAN, JR. | | | | | |
| | | 1800 WACHOVIA TOWER, DRAWER 1200 | | | | | |
| | | ROANOKE, VA 24006 | | | | | |
| 12/17/09 | 003006 | James Anthony Critzer | Ch 7 Other Administrative Expenses | 2990-000 | | 7,409.96 | 1,954.88 |
| 12/17/09 | 003007 | WILLIAM E. CALLAHAN, JR., TRUSTEE | Ch 7 Trustee Compensation | 2100-000 | | 1,954.88 | 0.00 |

Page Subtotals       26,402.24       26,402.24

Ver: 15.06b

LFORM24 **UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| | |
|---|---|
| Case No: 07-61464 -WEA | Trustee Name: WILLIAM E. CALLAHAN, JR. |
| Case Name: CRITZER, JAMES ANTHONY | Bank Name: BANK OF AMERICA |
| CRITZER, LINDA D. | Account Number / CD #: *******7311 BofA - Checking Account |
| Taxpayer ID No: *******2823 | |
| For Period Ending: 03/12/10 | Blanket Bond (per case limit): $ 2,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 26,402.24 | 26,402.24 | 0.00 |
| Less: Bank Transfers/CD's | 26,402.24 | 0.00 | |
| Subtotal | 0.00 | 26,402.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 26,402.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********7133 | 26,402.24 | 0.00 | 0.00 |
| BofA - Checking Account - ********7311 | 0.00 | 26,402.24 | 0.00 |
| | 26,402.24 | 26,402.24 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) *(Page: 12)*